UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Duane Courtney,

    Petitioner,

v.                               Case No. 2:17-cv-26

Major Perry, Warden         Judge Michael H. Watson
                                         Magistrate Judge Kemp
    Respondent.

## ORDER

On February 14, 2017, Magistrate Judge Kemp, to whom this case was referred, issued a report and recommendation ("R&R") recommending that Duane Courtney's ("Petitioner") habeas corpus petition be dismissed for failure to exhaust state court remedies. R&R, ECF No. 2.

The R&R notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). The R&R further specifically advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the decision of the District Court. R&R 5–6, ECF No. 2. The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the R&R is **ADOPTED**. Petitioner's petition is **DISMISSED**. The Clerk shall terminate this case.

    IT IS SO ORDERED.

                                              /s/ Michael H. Watson
                                              MICHAEL H. WATSON, JUDGE
                                              UNITED STATES DISTRICT COURT